IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YESH MUSIC, RICHARD CUPOLO, INDIVIDUALLY, AND JOHN EMANUELE, INDIVIDUALLY § § § § PLAINTIFFS, § § v. § § LAKEWOOD CHURCH, JOEL OSTEEN, INDIVIDUALLY, and VICTORIA OSTEEN, INDIVIDUALLY § § § § DEFENDANTS. § | CASE NO. 4:11-CV-03095 |

## NOTICE OF VOLUNTARY DISMISSAL

PLAINTIFFS HEREBY VOLUNTARILY DISMISS all claims against defendants in the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By:  /s/ Thomas J. FitzGerald
Thomas J. FitzGerald (*pro hac vice*)
tfitzgerald@garbarinilaw.com
Richard M. Garbarini (*pro hac vice*)
rgarbarini@garbarinilaw.com
GARBARINI FITZGERALD P.C
420 Lexington Avenue
Suite 2743
New York, New York 10170
Telephone: (212) 300-5358
Facsimile: (888) 265-7054
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2012, I electronically filed the foregoing with the clerk of court using the CM/ECF system, and certify that a copy of the foregoing was served *via* the methods indicated below to all counsel:

*Via CM/ECF*
Henry J. Fasthoff, IV
Adams and Reese LLP
One Houston Center
1221 McKinney, Suite 4400
Houston, Texas 77010

ATTORNEYS FOR DEFENDANTS

      /s/ Thomas J. FitzGerald
      Thomas J. FitzGerald