

ADAMS AND REESE LLP

Attorneys at Law
Federal ID No.
72-0424362

October 25, 2011                        Invoice Number: 641472

Lakewood Church                         File Number: 020406-000001
███████████████████████                 Copyright Infringement Lawsuit
3700 SouthWest Freeway                  Client Ref. No. 9720092906001
Houston, TX 77027

---

## Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| | | | |
|---|---|---|---|
| 08/25/11 | H. Fasthoff, IV | .80 | Numerous teleconferences and emails ████ ████████████████ |
| 08/25/11 | H. Fasthoff, IV | .60 | Teleconference with ████████ ████ regarding strategy. |
| 08/25/11 | H. Fasthoff, IV | .40 | Teleconference with ████████████ ██ regarding strategy. |
| 08/26/11 | H. Fasthoff, IV | 1.30 | Attention to service of process issues. ████ ██ ████ left message for opposing counsel regarding waiver of summons, and draft follow up email regarding same. |
| 08/26/11 | H. Fasthoff, IV | .20 | Phone conference with opposing counsel to discuss waiver of summons. |
| 08/29/11 | H. Fasthoff, IV | .70 | Review and analysis of complaint to begin case assessment. |
| 08/29/11 | H. Fasthoff, IV | 3.40 | Case assessment; ████████████████████ |

Please remit payment to:      **Adams and Reese LLP**
                               **Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208**

Alabama • Florida • Louisiana • Mississippi • Tennessee • Texas • Washington, DC

| | | | |
|---|---|---|---|
| 08/29/11 | H. Fasthoff, IV | .80 | Examination of copyright registration to identify registrant ███████ |
| 08/29/11 | H. Fasthoff, IV | .30 | Review of Notices of Suit and Waivers of Summons ████████ |
| 08/30/11 | H. Fasthoff, IV | 1.60 | Continue development of legal strategy; ████ |
| 09/06/11 | H. Fasthoff, IV | .10 | Email with opposing counsel regarding extension of time to respond to plaintiff's complaint for Lakewood Church. |
| 09/06/11 | H. Fasthoff, IV | .40 | Review and approve draft of joint stipulation for additional time to respond to plaintiff's complaint for Lakewood Church ███ |
| 09/09/11 | H. Fasthoff, IV | .20 | Review of Judge Ellison's order for certificate of interested persons. |
| 09/09/11 | H. Fasthoff, IV | .30 | Draft certificate of interested persons, and instructions to legal assistant regarding filing of same. |
| 09/09/11 | H. Fasthoff, IV | 1.30 | ████ |
| 09/12/11 | H. Fasthoff, IV | .70 | ████ |
| 09/12/11 | H. Fasthoff, IV | 1.30 | Review and analysis of client documents, ███ |
| 09/12/11 | H. Fasthoff, IV | 3.40 | Case assessment, ████ |

| | | | |
|---|---|---|---|
| 09/13/11 | H. Fasthoff, IV | 3.20 | Continue review and anlaysis of documents █ |
| 09/13/11 | H. Fasthoff, IV | 2.40 | Preparation █ |
| 09/14/11 | H. Fasthoff, IV | 1.30 | Begin drafting Rule 12(b)(6) motion to dismiss █. |
| 09/16/11 | H. Fasthoff, IV | .20 | Teleconference with █. |
| 09/16/11 | H. Fasthoff, IV | 1.20 | Identification █ |
| 09/16/11 | H. Fasthoff, IV | 2.70 | Continue case assessment, identification of issues and development of legal strategies █ |
| 09/16/11 | H. Fasthoff, IV | 1.60 | Legal research █ |
| 09/19/11 | H. Fasthoff, IV | .70 | Teleconference with █. |
| 09/19/11 | H. Fasthoff, IV | .40 | Draft email to █ |
| 09/19/11 | H. Fasthoff, IV | .20 | Continue draft of motion to dismiss for failure to state a claim and for lack of subject matter jurisdiction. |
| 09/19/11 | H. Fasthoff, IV | .20 | Teleconference with potential expert █ |
| 09/26/11 | H. Fasthoff, IV | .40 | Draft email to █ |

| 09/26/11 | H. Fasthoff, IV | 1.60 | Legal research and analysis ▮ |
| 09/27/11 | H. Fasthoff, IV | .40 | Review of motion to appear pro hac vice filed by Michael Carroll, ▮ |
| 09/27/11 | H. Fasthoff, IV | 1.20 | Draft notice and demand to preserver electronic evidence to Yesh Music, Richard Cupolo, and John Emanuele. |
| 09/27/11 | H. Fasthoff, IV | .20 | Teleconference with ▮ |
| 09/27/11 | H. Fasthoff, IV | 2.30 | Analysis of case law regarding implied licenses in copyright infringement cases ▮ |
| 09/28/11 | H. Fasthoff, IV | .60 | Analysis of ▮ |
| 09/28/11 | H. Fasthoff, IV | 4.20 | Continue analysis of implied license issues ▮ |
| 09/28/11 | H. Fasthoff, IV | .60 | Review of license and identification of documents ▮ |
| 09/28/11 | H. Fasthoff, IV | 1.10 | Continue drafting motion to dismiss ▮ |
| 09/29/11 | H. Fasthoff, IV | .10 | Teleconference with ▮ |
| 09/29/11 | H. Fasthoff, IV | .50 | Meeting with Ashley Anderson to discuss case facts, issues to analyze, and legal strategy. |

| 09/29/11 | H. Fasthoff, IV | .70 | Draft additional text to notices and demands to preserve electronic evidence for delivery to plaintiffs and Dittybase. |
| 09/29/11 | H. Fasthoff, IV | 6.60 | Continue drafting of Rule 12(b)(6) motion to dismiss for failure to state a claim under Rule 12(b)(1) for lack of subject matter jurisdiction. |
| 09/29/11 | H. Fasthoff, IV | .30 | Teleconference ██████ ████ ███████ █ |
| 09/29/11 | A. Anderson | 1.30 | Research ███████████████████████████ ████████████████████ |
| 09/30/11 | H. Fasthoff, IV | 1.20 | Case assessment ███████████████ ██████████████████████████ ████████ |
| 09/30/11 | A. Anderson | 3.20 | Research ███████████████████████ ████████████████ |

TOTAL HOURS   58.40

## Timekeeper Fee Summary

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| H. Fasthoff, IV | 53.90 | $285.00 | $15,361.50 |
| A. Anderson | 4.50 | $240.00 | $1,080.00 |
| Totals | 58.40 | | $16,441.50 |

## TOTAL FEES DUE ADAMS AND REESE   $16,441.50

## Costs Advanced

| 09/29/11 | File Serve/Records Fee - Register of Copyright 9/27/11 Fee for obtaining certified and uncertified certificates of registration and deposit materials ████████ | $666.00 |
| --- | --- | --- |
| Computer Assisted Legal Research | | $86.75 |
| Photocopies | | $1.00 |
| Fax | | $18.75 |
| Long Distance Telephone Calls | | $2.66 |
| Postage | | $0.44 |

## TOTAL COSTS ADVANCED   <u>$775.60</u>

**TOTAL DUE ADAMS AND REESE**        **$17,217.10**



# ADAMS AND REESE LLP

Attorneys at Law
Federal ID No.
72-0424362

November 28, 2011

Invoice Number: 646093

Lakewood Church
█████████████████████
3700 SouthWest Freeway
Houston, TX 77027

File Number: 020406-000001
Copyright Infringement Lawsuit
Client Ref. No. 9720092906001

---

## Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| 10/04/11 | H. Fasthoff, IV | 1.20 | Review and analysis ████████████████ |
| 10/04/11 | A. Anderson | 4.60 | Research re: ████████████████ |
| 10/05/11 | A. Anderson | 3.80 | Continue researching ████████████████ |
| 10/05/11 | H. Fasthoff, IV | 1.70 | Review of ████████████████ |
| 10/05/11 | H. Fasthoff, IV | .60 | Meeting with Ashley Anderson to discuss legal strategy and to give instructions regarding research ████████████████ |
| 10/05/11 | H. Fasthoff, IV | 2.30 | Continue analysis of ████████████████ |

Please remit payment to:    **Adams and Reese LLP**
**Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208**

Alabama • Florida • Louisiana • Mississippi • Tennessee • Texas • Washington, DC

| | | | |
|---|---|---|---|
| 10/05/11 | H. Fasthoff, IV | 1.80 | Draft section to Rule 12(b)(6) motion to dismiss █████████████ |
| 10/05/11 | H. Fasthoff, IV | .90 | Analysis of statute and cases ████████ |
| 10/06/11 | H. Fasthoff, IV | .40 | Analysis of ████████ |
| 10/06/11 | H. Fasthoff, IV | 4.60 | Continue drafting Rule 12(b)(6) motion to dismiss, ████████ |
| 10/06/11 | H. Fasthoff, IV | 2.80 | Continue case assessment and development of ████████ |
| 10/06/11 | A. Anderson | 1.00 | Review license agreement █ ███ ████ |
| 10/07/11 | H. Fasthoff, IV | 2.60 | Continue development of ████████ Develop legal argument regarding same. |
| 10/07/11 | H. Fasthoff, IV | 4.30 | Analysis of cases ████████ |
| 10/07/11 | H. Fasthoff, IV | .30 | Finalize drafts ████████ |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/07/11 | H. Fasthoff, IV | .10 | Email to █████████ |
| 10/07/11 | A. Anderson | 3.10 | Continue researching █████████ |
| 10/10/11 | H. Fasthoff, IV | .10 | Teleconference with ████ ██████ █████ |
| 10/10/11 | H. Fasthoff, IV | 2.30 | Analysis of █████████ |
| 10/10/11 | H. Fasthoff, IV | .40 | Identification of █████████ |
| 10/10/11 | H. Fasthoff, IV | 3.80 | Continue drafting of Rule 12(b)(6) motion to dismiss █████████ |
| 10/11/11 | H. Fasthoff, IV | .40 | Review █████████ |
| 10/11/11 | H. Fasthoff, IV | 1.90 | Development █████████ |
| 10/11/11 | H. Fasthoff, IV | 4.30 | Continue drafting Rule 12(b)(1) and 12(b)(6) motion to dismiss for lack of subject matter jurisdiction and failure to state a claim; █████████ |



| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/11/11 | H. Fasthoff, IV | 1.60 | Continue development ████████ ████████████████████ |
| 10/11/11 | H. Fasthoff, IV | .30 | Teleconference with ██████ ████████████████████ |
| 10/11/11 | H. Fasthoff, IV | .20 | Teleconference with ██████ ████████████████████ |
| 10/12/11 | H. Fasthoff, IV | 4.70 | Continue finalizing draft of Rule 12(b)(6) motion to dismiss for failure to state a claim, Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, and alternative motion for more definite statement under Rule 12(e). |
| 10/12/11 | H. Fasthoff, IV | 1.60 | Development of ████████ ████████████████████████████ |
| 10/13/11 | H. Fasthoff, IV | .40 | Meeting with paralegal to discuss case facts. |
| 10/13/11 | H. Fasthoff, IV | 4.50 | Finalization of draft of Rule 12(b)(6) motion to dismiss for failure to state a claim, 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, and alternative motion for more definite statement under Rule 12(e). |
| 10/13/11 | H. Fasthoff, IV | 2.70 | Analysis ████████████████████ |
| 10/13/11 | B. Lyles | 1.00 | Review file materials and complaint, and client documents. |
| 10/13/11 | A. Anderson | 4.00 | Continue researching ████████████ ████████. |
| 10/14/11 | H. Fasthoff, IV | 1.10 | ████████████████████████████ |

| 10/17/11 | H. Fasthoff, IV | 1.10 | Draft agreed protective order for protecting confidential information, data and deposition testimony. |
|---|---|---|---|
| 10/17/11 | H. Fasthoff, IV | 4.50 | Development of Case Management Plan ███████ |
| 10/18/11 | H. Fasthoff, IV | 5.90 | Continue development ███ ██ █ ████ ██████████████████████████. |
| 10/19/11 | H. Fasthoff, IV | 5.00 | Finalize development of case management plan, ████████████ |
| 10/25/11 | H. Fasthoff, IV | 3.60 | Add section to Rule 12(b)(6) motion ███████████████████ |
| 10/25/11 | H. Fasthoff, IV | 4.50 | Review and analysis of ████████████████████████ |
| 10/25/11 | H. Fasthoff, IV | .30 | Teleconference with ██████████████ |
| 10/25/11 | H. Fasthoff, IV | .90 | Review and analysis of Judge Ellison's courtroom procedures and order for conference in connection with Rule 12 motion and preparing for Rule 26(f) conference. |
| 10/25/11 | H. Fasthoff, IV | 1.80 | Identification of ██████████████████. |
| 10/26/11 | H. Fasthoff, IV | .10 | Teleconference with ██████████████ |
| 10/26/11 | H. Fasthoff, IV | .20 | Review ██████████ |
| 10/26/11 | H. Fasthoff, IV | .40 | Draft █████████. |
| 10/26/11 | H. Fasthoff, IV | .60 | Analysis of ████████████████ |
| 10/26/11 | H. Fasthoff, IV | .60 | Analysis of ████████████████ |
| 10/26/11 | H. Fasthoff, IV | .10 | Teleconference ██████████████ |

| | | | |
|---|---|---|---|
| 10/26/11 | H. Fasthoff, IV | .20 | Teleconference with ███████████████ |
| 10/26/11 | H. Fasthoff, IV | .40 | Draft declaration of Noel Keller. |
| 10/26/11 | H. Fasthoff, IV | .20 | Draft declaration of Molly McArdle. |
| 10/26/11 | H. Fasthoff, IV | 2.40 | Revise draft of argument and authorities for motions to dismiss under Rules 12(b)(6) and 12(b)(1). |
| 10/27/11 | H. Fasthoff, IV | .10 | Teleconference ████████████████ |
| 10/27/11 | H. Fasthoff, IV | .60 | Oversee preparation of Appendix for filing with Rule 12(b) motions. |
| 10/27/11 | H. Fasthoff, IV | 1.40 | Finalize four declarations authenticating exhibits attached to Rule 12(b) motions. |
| 10/27/11 | H. Fasthoff, IV | .20 | Review and analysis of draft of proposed docket control order received from plaintiff's counsel. |
| 10/27/11 | H. Fasthoff, IV | .50 | Analysis and development ████████████████ |
| 10/27/11 | H. Fasthoff, IV | .30 | Draft modifications to proposed docket control order. |
| 10/27/11 | H. Fasthoff, IV | .60 | Continue finalization of draft of motions to dismiss under Rules 12(b)(6) and 12(b)(1) ████████████████ |
| 10/27/11 | H. Fasthoff, IV | .70 | Analysis ████████████████. |
| 10/28/11 | H. Fasthoff, IV | .10 | Email transmitting proposed agreed docket control order to opposing counsel. |
| 10/28/11 | H. Fasthoff, IV | .10 | Email with opposing counsel regarding agreement to proposed docket control order, and logistics for filing same. |
| 10/28/11 | H. Fasthoff, IV | .30 | Finalize proposed docket control order and oversee filing of same. |

| | | | |
|---|---|---|---|
| 10/28/11 | H. Fasthoff, IV | 1.10 | Evaluation of ███████████ |
| 10/28/11 | H. Fasthoff, IV | 2.50 | Evaluation of ███████████ |
| 10/28/11 | H. Fasthoff, IV | 1.70 | Add section to Rule 12(b) motions ███████████ |
| 10/28/11 | H. Fasthoff, IV | .80 | Review and approve table of contents and index of authorities in final draft of Rule 12 motions. |
| 10/31/11 | H. Fasthoff, IV | 2.70 | Prepare motion to dismiss under Rules 12(b)(6) and 12(b)(1) for filing. |
| 10/31/11 | H. Fasthoff, IV | 1.50 | Final review and revisions to motion to dismiss under Rules 12(b)(6) and 12(b)(1). |
| 10/31/11 | H. Fasthoff, IV | .70 | Evaluation of ███████████ |
| 10/31/11 | H. Fasthoff, IV | 1.40 | Draft proposed order granting motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim pursuant to Judge Ellison's requirements stating precise relief sought by Defendants. |
| 10/31/11 | H. Fasthoff, IV | .20 | Prepare letter transmitting courtesy copy of motion to dismiss to judge pursuant to Judge Ellison's procedures. |

TOTAL HOURS          121.70

**Timekeeper Fee Summary**

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| H. Fasthoff, IV | 104.20 | $285.00 | $29,697.00 |
| A. Anderson | 16.50 | $240.00 | $3,960.00 |
| B. Lyles | 1.00 | $155.00 | $155.00 |
| Totals | 121.70 | | $33,812.00 |

**TOTAL FEES DUE ADAMS AND REESE**          **$33,812.00**

**Costs Advanced**

| | | |
|---|---|---|
| 10/03/11 | Federal Express 9/27/2011 FedEx from: Angela Watts FedEx to: Attn - Denina-Copyright Office 208 2ND ST SE, WASHINGTON, DC | $7.55 |
| 10/12/11 | Federal Express 10/7/2011 FedEx from: Hank J. Fasthoff FedEx to: ███████████ ███████ | $7.49 |
| 10/17/11 | Federal Express 10/12/2011 FedEx from: Angela Watts FedEx to: ██████████ | $10.64 |
| 10/17/11 | Federal Express 10/12/2011 FedEx from: Henry Hank J. Fasthoff FedEx to: ███████ ███████ | $7.49 |
| 10/18/11 | Federal Express 10/12/2011 FedEx from: HENRY HANK J. FASTHOFF FedEx to: - ██████████ | $27.65 |

| | |
|---|---|
| Photocopies | $72.25 |
| Long Distance Telephone Calls | $0.57 |
| Postage | $19.98 |

**TOTAL COSTS ADVANCED**          **$153.62**


**TOTAL DUE ADAMS AND REESE**          **$33,965.62**



ADAMS AND REESE LLP

Attorneys at Law
Federal ID No.
72-0424362

December 29, 2011

Invoice Number: 650878

Lakewood Church
████████████████████
3700 SouthWest Freeway
Houston, TX 77027

File Number: 020406-000001
Copyright Infringement Lawsuit
Client Ref. No. 9720092906001

---

## Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| 11/01/11 | H. Fasthoff, IV | .40 | Review of partially complete docket control order received from court via ECF filing system with the parties' proposed trial date and accompanying correspondence, and comparison with proposed joint scheduling order filed by the parties. |
|---|---|---|---|
| 11/01/11 | H. Fasthoff, IV | .10 | Email to Case Manager regarding partially complete docket control order. |
| 11/02/11 | H. Fasthoff, IV | .10 | Email with ████████████████████ ████████████. |
| 11/02/11 | H. Fasthoff, IV | .90 | Draft motion for leave to supplement Exhibit 6 to motion to dismiss with signed declaration of Kevin Comes, and order thereon. |
| 11/02/11 | H. Fasthoff, IV | .10 | Email to opposing counsel transmitting draft of motion for leave to supplement record with signed declaration of Kevin Comes seeking agreement on relief sought. |
| 11/02/11 | H. Fasthoff, IV | .10 | Review and respond to email from opposing counsel seeking extension of time to respond to Defendants' motion to dismiss under Rule 12(b). |
| 11/02/11 | H. Fasthoff, IV | .10 | Review and approve stipulation of additional time to respond to Defendants' motion to dismiss under Rule 12. |
| 11/02/11 | H. Fasthoff, IV | .30 | Teleconference with ███████████████████ |

Please remit payment to: **Adams and Reese LLP**
**Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208**

Alabama • Florida • Louisiana • Mississippi • Tennessee • Texas • Washington, DC

| 11/03/11 | H. Fasthoff, IV | 2.40 | Continue evaluation of ██████████ ████. |
| 11/04/11 | H. Fasthoff, IV | 1.80 | Evaluation of case facts and review ████ ████████ |
| 11/04/11 | H. Fasthoff, IV | 1.10 | Begin draft of initial disclosures. |
| 11/22/11 | H. Fasthoff, IV | 3.70 | Analysis of ████████ |
| 11/23/11 | H. Fasthoff, IV | .60 | Review of ████████ |
| 11/23/11 | H. Fasthoff, IV | 2.20 | Continue analysis of ████████ |
| 11/23/11 | H. Fasthoff, IV | 3.70 | Analysis of ████████ |
| 11/23/11 | H. Fasthoff, IV | 1.70 | Finalize draft of initial disclosures. |
| 11/28/11 | H. Fasthoff, IV | 1.90 | Continue analysis ████████ |

TOTAL HOURS          21.20

### Timekeeper Fee Summary

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| H. Fasthoff, IV | 21.20 | $285.00 | $6,042.00 |
| Totals | 21.20 | | $6,042.00 |

**TOTAL FEES DUE ADAMS AND REESE**          **$6,042.00**

**Costs Advanced**
Computer Assisted Legal Research          $0.00

**TOTAL COSTS ADVANCED**          **$0.00**

**TOTAL DUE ADAMS AND REESE**                    **$6,042.00**



## ADAMS AND REESE LLP

Attorneys at Law
Federal ID No.
72-0424362

January 31, 2011        Invoice Number: 654956

Lakewood Church       File Number: 020406-000001
████████████████   Copyright Infringement Lawsuit
3700 SouthWest Freeway   Client Ref. No. 9720092906001
Houston, TX 77027

---

# Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| | | | |
|---|---|---|---|
| 12/01/11 | H. Fasthoff, IV | 2.60 | Continued analysis ████████████ ████████████████████████████ ████████████████████ |
| 12/05/11 | H. Fasthoff, IV | 2.60 | Review and analysis of response filed by plaintiffs to Lakewood's motion to dismiss under Rule 12(b)(1) and 12(b)(6), ████████ ████████████████████████████ ████████████████████ |
| 12/05/11 | H. Fasthoff, IV | 4.40 | Begin drafting reply to plaintiff's response to Lakewood's motion to dismiss. |
| 12/06/11 | H. Fasthoff, IV | .20 | Teleconference with ████████████ ████████████████ |
| 12/06/11 | H. Fasthoff, IV | 3.80 | Continue drafting of reply to plaintiff's response to motion to dismiss. |
| 12/06/11 | H. Fasthoff, IV | .20 | Email with opposing counsel regarding scheduling of Rule 26(f) conference. |
| 12/07/11 | H. Fasthoff, IV | .10 | Teleconference ████████████████████ ████████████████████ |
| 12/07/11 | H. Fasthoff, IV | .10 | Email with opposing counsel to reschedule Rule 26(f) conference. |

Please remit payment to:    **Adams and Reese LLP**
**Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208**

Alabama • Florida • Louisiana • Mississippi • Tennessee • Texas • Washington, DC

| 12/07/11 | H. Fasthoff, IV | 3.50 | Continue drafting reply to response to motion to dismiss. |
| 12/09/11 | H. Fasthoff, IV | 3.70 | Continue drafting reply to response to motion to dismiss, ███████████ |
| 12/09/11 | H. Fasthoff, IV | 3.50 | In depth analysis ████████████ |
| 12/12/11 | H. Fasthoff, IV | 3.20 | Finalize draft of reply to plaintiff's response to clients' motion to dismiss under Rules 12(b)(1) and 12(b)(6). |
| 12/12/11 | H. Fasthoff, IV | 3.30 | Analysis of ████████████ |
| 12/13/11 | H. Fasthoff, IV | .10 | Phone conference with ████████████ |
| 12/13/11 | H. Fasthoff, IV | .90 | Oversee preparation of attachments to reply and filing thereof. |

TOTAL HOURS      32.20

## Timekeeper Fee Summary

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| H. Fasthoff, IV | 32.20 | $285.00 | $9,177.00 |
| Totals | 32.20 | | $9,177.00 |

**TOTAL FEES DUE ADAMS AND REESE**      **$9,177.00**

**Costs Advanced**
Computer Assisted Legal Research      $0.00

**TOTAL COSTS ADVANCED**      **$0.00**

**TOTAL DUE ADAMS AND REESE**      **$9,177.00**



ADAMS AND REESE LLP

Attorneys at Law
Federal ID No.
72-0424362

February 20, 2012

Invoice Number: 658448

Lakewood Church
███████████████████
3700 SouthWest Freeway
Houston, TX 77027

File Number: 020406-000001
Copyright Infringement Lawsuit
Client Ref. No. 9720092906001

---

## Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| 01/03/12 | H. Fasthoff, IV | .20 | Emails with opposing counsel regarding scheduling Rule 26 conference. |
| 01/03/12 | H. Fasthoff, IV | .20 | Emails with ███████████████████████ ████████ |
| 01/06/12 | H. Fasthoff, IV | 1.60 | Begin drafting ████████████████████ ████████████████████████████████. |
| 01/06/12 | H. Fasthoff, IV | .60 | Begin drafting requests for production to Yesh Music. |
| 01/09/12 | H. Fasthoff, IV | 1.60 | Review of ████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████ |
| 01/09/12 | H. Fasthoff, IV | 3.10 | Draft interrogatories from Lakewood Church to Yesh Music. |
| 01/09/12 | H. Fasthoff, IV | 2.30 | Draft interrogatories from Lakewood Church to Richard Cupolo. |
| 01/09/12 | H. Fasthoff, IV | 2.30 | Draft interrogatories from Lakewood Church to John Emanuele. |

**Please remit payment to:**   **Adams and Reese LLP**
**Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208**

Alabama • Florida • Louisiana • Mississippi • Tennessee • Texas • Washington, DC

| 01/10/12 | H. Fasthoff, IV | 2.40 | Review ███████████████████ |
| 01/10/12 | H. Fasthoff, IV | 1.90 | Continue drafting of requests for production for service on Yesh Music. |
| 01/10/12 | H. Fasthoff, IV | .20 | Draft email to opposing counsel transmitting draft of agreed protective order. |
| 01/11/12 | H. Fasthoff, IV | 5.60 | Prepare for and attend meeting ███████████████████ |
| 01/11/12 | H. Fasthoff, IV | 1.30 | Begin drafting ███████████████. |
| 01/11/12 | H. Fasthoff, IV | 1.50 | Continue drafting requests for production to Yesh Music. |
| 01/12/12 | H. Fasthoff, IV | 1.10 | Development of ███████████████ |
| 01/12/12 | H. Fasthoff, IV | .40 | Analysis of Copyright Office records ███████████████ |
| 01/12/12 | H. Fasthoff, IV | .50 | Draft correspondence to Coyright Office ███████████████ |
| 01/12/12 | H. Fasthoff, IV | 1.60 | Finalize draft of interrogatories to Yesh Music, Richard Cupolo and John Emanuele. |
| 01/12/12 | H. Fasthoff, IV | 2.40 | Review and analysis ███████████████ |

| | | | |
|---|---|---|---|
| 01/12/12 | H. Fasthoff, IV | 1.90 | Identification of ███████████████ |
| 01/12/12 | H. Fasthoff, IV | 1.30 | Review of ███████████████ |
| 01/13/12 | H. Fasthoff, IV | 1.90 | Meeting ███████████████ |
| 01/13/12 | H. Fasthoff, IV | 2.30 | Finalize draft of requests for production to Yesh Music. |
| 01/13/12 | H. Fasthoff, IV | 3.10 | Finalize draft of requests for production to Richard Cupolo. |
| 01/13/12 | H. Fasthoff, IV | 3.10 | Finalize draft of requests for production to John Emanuele. |
| 01/17/12 | H. Fasthoff, IV | .10 | Email ███████████████ |
| 01/17/12 | H. Fasthoff, IV | 2.80 | Prepare for Rule 26(f) conference with opposing counsel; ███████████████ |
| 01/17/12 | H. Fasthoff, IV | 2.40 | Attend Rule 26(f) conference at offices of opposing counsel to discuss possible settlement, ESI issues, and witness issues. |
| 01/17/12 | H. Fasthoff, IV | .40 | Identify ███████████████ |



| 01/17/12 | H. Fasthoff, IV | .40 | Identify |
| 01/17/12 | H. Fasthoff, IV | .40 | Identify |
| 01/18/12 | H. Fasthoff, IV | .40 | Identify |
| 01/18/12 | H. Fasthoff, IV | 2.40 | Analysis of |
| 01/18/12 | H. Fasthoff, IV | 3.30 | Review and anlaysis |
| 01/19/12 | H. Fasthoff, IV | 1.40 | Review and analysis |
| 01/19/12 | A. Anderson | 1.80 | Search |
| 01/24/12 | H. Fasthoff, IV | .20 | Teleconference with opposing counsel regarding their termination by the plaintiffs and motion to withdraw. |

| 01/24/12 | H. Fasthoff, IV | .40 | Review and respond to █████████████ |
| 01/24/12 | H. Fasthoff, IV | .60 | Due diligence ██████████ |
| 01/25/12 | H. Fasthoff, IV | .10 | Teleconference ████████ |

TOTAL HOURS          61.50

**Timekeeper Fee Summary**

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| H. Fasthoff, IV | 59.70 | $285.00 | $17,014.50 |
| A. Anderson | 1.80 | $240.00 | $432.00 |
| Totals | 61.50 | | $17,446.50 |

**TOTAL FEES DUE ADAMS AND REESE**          **$17,446.50**

**Costs Advanced**

| 12/27/11 | Courier - RoadRunner Couriers, Inc to USDC 12/5/11 | $5.50 |
| 01/25/12 | File Serve/Records Fee - Pacer Service Center charges for 10/1/11 - 12/31/11 | $17.36 |
| 01/25/12 | File Serve/Records Fee - Pacer Service Center charges for 10/1/11 - 12/31/11 | $4.16 |
| 01/25/12 | Federal Express 1/20/2012 FedEx from: Angela Watts FedEx to: Attn - RRC-Copyright Office 208 2ND ST SE, WASHINGTON, DC | $7.83 |
| Photocopies | | $72.00 |
| Postage | | $58.25 |

**TOTAL COSTS ADVANCED**          **$166.24**

**TOTAL DUE ADAMS AND REESE**          **$17,612.74**