

**HSSK**
Computer Forensics & E-Discovery

5847 San Felipe, Suite 3100
Houston, TX 77057

Voice: 713.771.5011
Fax: 713.759.0968

# INVOICE

Invoice Number: 61538
Invoice Date: Nov 30, 2011
Page: 1

EIN: 37-1583460

**Bill To:**
Henry J. Fasthoff, IV
Adams & Reese, LLP
1221 McKinney, Suite 4400
Houston, TX 77010

Case Name: Adams/Lakewood

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 112265 | Lakewood Matter | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 32.25 | Computer Forensics - Onsite forensic imaging | 250.00 | 8,062.50 |
| 1.00 | Equipment cost - Hard drives for image storage | 712.00 | 712.00 |

*Attorney Work Product Redacted*

[redacted]

| | | |
|---|---|---|
| Subtotal | | 8,774.50 |
| Total Invoice Amount | | 8,774.50 |
| Payment/Credit Applied | | |
| **TOTAL** | | **8,774.50** |

Check/Credit Memo No: