# Caplan & Ross, LLP

270 Madison Avenue, 13th Floor
New York, NY 10016

212-973-2376

212-661-4290

April 25, 2012

Lakewood Church & Joel Osteen
3700 Southwest Freeway
Houston, TX 77027
   Attn: Regan VanSteenis, Esq.

Enclosed is our bill, Invoice No. 2099, for services rendered from March 1, 2012 to date in the Yesh Music Matter. Your total balance due is $6851.24. Prompt payment of your total balance is appreciated.

Billing Summary

| | |
|---|---:|
| Total for services rendered | $6,837.50 |
| Total expenses | $13.74 |
| Total payments and other transactions | $0.00 |
| Total prior balance | $0.00 |
| **Balance Due** | **$6,851.24** |

Thank you for your confidence in our work and our commitment to serving you.

If you have any questions, please call us at 212-973-2376.

                                          Sincerely,

Enclosure

**Caplan & Ross, LLP**
270 Madison Avenue, 13th Floor
New York, NY 10016
212-973-2376

Lakewood Church & Joel Osteen
7317 East Houston Road
Houston, TX 77028
  Attn: Regan VanSteenis, Esq.

April 24, 2012

**Lakewood Church adv Yesh Music**     **Invoice #2099**

For Professional Services Rendered:

| | | | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|---|
| 3/13/2012 | JJR | Review documents received ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Telephone conference ▇▇▇▇▇▇▇▇. | | 0.80<br>300.00/hr | 240.00 |
| 3/14/2012 | BDC | Phone call with ▇▇▇▇▇▇▇; Review ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | | 1.50<br>350.00/hr | 525.00 |
| | JJR | Retrieve ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Phone call ▇▇▇▇▇▇▇▇▇▇. | | 0.50<br>300.00/hr | 150.00 |
| 3/15/2012 | BDC | Continued review ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | | 0.80<br>350.00/hr | 280.00 |
| | JJR | Review and analysis ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | | 1.00<br>300.00/hr | 300.00 |
| 3/16/2012 | JJR | Telephone conference ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | | 0.30<br>300.00/hr | 90.00 |

Lakewood Church & Joel Osteen
4/24/2012
Page 2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/19/2012 | JJR | Review email from plaintiff's counsel; Telephone conference and email with ▇▇▇; Prepare ▇▇▇; Review ▇▇▇ | 0.80 300.00/hr | 240.00 |
| 3/20/2012 | JJR | Emails ▇▇▇ re: ▇▇▇. | 0.30 300.00/hr | 90.00 |
| 3/22/2012 | JJR | Emails ▇▇▇. | 0.30 300.00/hr | 90.00 |
|  | JJR | Review ▇▇▇ | 0.50 300.00/hr | 150.00 |
| 3/23/2012 | BDC | Review ▇▇▇. | 0.40 350.00/hr | 140.00 |
|  | JJR | Telephone conference w ▇▇▇; review ▇▇▇. | 1.30 300.00/hr | 390.00 |
| 3/26/2012 | JJR | Draft ▇▇▇ legal research. | 2.20 300.00/hr | 660.00 |
| 3/28/2012 | BDC | Review and revise ▇▇▇. | 0.40 350.00/hr | 140.00 |
|  | JW | Telephone call ▇▇▇; Prepare ▇▇▇ | 0.50 225.00/hr | 112.50 |
|  | JJR | Revise and edit ▇▇▇. | 0.40 300.00/hr | 120.00 |
| 3/29/2012 | BDC | Review and analysis ▇▇▇; review ▇▇▇. | 1.20 350.00/hr | 420.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2012 | JJR | Review ███ telephone conference ███. | 0.40<br>300.00/hr | 120.00 |
| 3/30/2012 | BDC | Review ███. | 0.50<br>350.00/hr | 175.00 |
|  | JW | File Notices of Appearance, 7.1 Statement, Stipulation and Pre-Motion Conference letter; Draft correspondence to Judge Vitaliano enclosing courtesy copies of same. | 0.60<br>225.00/hr | 135.00 |
|  | JJR | Finalize ███; Telephone conference with Plaintiff's counsel ███. | 1.20<br>300.00/hr | 360.00 |
| 3/31/2012 | JJR | Review ███; email to ███. | 0.20<br>300.00/hr | 60.00 |
| 4/2/2012 | BDC | ███. | 0.40<br>350.00/hr | 140.00 |
|  | JJR | ███. | 0.30<br>300.00/hr | 90.00 |
| 4/3/2012 | JJR | Review letter from Plaintiff's counsel to Court re: Hearing in Texas, ███; Draft response letter. | 1.20<br>300.00/hr | 360.00 |
|  | BDC | Review ███; Review draft ███. | 0.60<br>350.00/hr | 210.00 |
| 4/4/2012 | JJR | Review ███. | 0.40<br>300.00/hr | 120.00 |

Lakewood Church & Joel Osteen
4/24/2012
Page 4

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/5/2012 | JJR | Review ███████████████████████ ████. |  | 0.30 300.00/hr | 90.00 |
| 4/6/2012 | JJR | Review ██████████████████████ ████████████; research ████████████████████████████. |  | 1.20 300.00/hr | 360.00 |
| 4/9/2012 | JJR | Draft █████████████████████ ████████████. |  | 1.00 300.00/hr | 300.00 |
|  | JJR | Review ██████████████████████. |  | 0.20 300.00/hr | 60.00 |
| 4/10/2012 | JJR | ████████████████████████████. |  | 0.20 300.00/hr | 60.00 |
| 4/20/2012 | JJR | ████████████████████████████ ██████████████████. |  | 0.20 300.00/hr | 60.00 |
|  | **For professional services rendered** |  |  | **22.10** | **$6,837.50** |

Disbursements

| 3/31/2012 | Photocopies | 13.30 |
|---|---|---|
|  | Monthly Postage Charges | 0.44 |
|  | **Total additional charges** | **$13.74** |
|  | **Total amount of this bill** | **$6,851.24** |
|  | Balance due | $6,851.24 |