# Caplan & Ross, LLP

270 Madison Avenue, 13th Floor
New York, NY 10016
212-973-2376
212-661-4290

April 24, 2012

Lakewood Church & Joel Osteen
7317 East Houston Road
Houston, TX 77028
   Attn: Regan VanSteenis, Esq.

Enclosed is our bill, Invoice No. 2099, for services rendered to date in the Yesh Music matter. Your total balance due is $6851.24. Prompt payment of your total balance is appreciated.

Billing Summary

| | |
|---|---:|
| Total for services rendered | $6,837.50 |
| Total expenses | $13.74 |
| Total payments and other transactions | $0.00 |
| Total prior balance | $0.00 |
| **Balance Due** | **$6,851.24** |

Thank you for your confidence in our work and our commitment to serving you.

If you have any questions, please call us at 212-973-2376.

                      Sincerely,

Enclosure

**Caplan & Ross, LLP**
270 Madison Avenue, 13th Floor
New York, NY 10016
212-973-2376

Lakewood Church & Joel Osteen
7317 East Houston Road
Houston, TX 77028
　Attn: Regan VanSteenis, Esq.

April 24, 2012

**Lakewood Church adv Yesh Music**　　　　　　　　　　　　　　　　**Invoice #2099**

For Professional Services Rendered:

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2012 | JJR | Review documents received from Hank Fasthoff; Investigation of dockets in Texas and New York; Telephone conference with Hank Fasthoff. | 0.80<br>300.00/hr | 240.00 |
| 3/14/2012 | BDC | Phone call with Hank Fasthoff; Review decision on motion to dismiss in Texas, and Amended Complaint in NY action. | 1.50<br>350.00/hr | 525.00 |
| | JJR | Retrieve Amended Complaint from online docket in NY Action; Phone call with Hank Fasthoff. | 0.50<br>300.00/hr | 150.00 |
| 3/15/2012 | BDC | Continued review of amended complaint and decision on motion to dismiss. | 0.80<br>350.00/hr | 280.00 |
| | JJR | Review and analysis of draft motion papers in Texas Action received from Hank Fasthoff re: Rule 41 fee award and stay pending payment of fees. | 1.00<br>300.00/hr | 300.00 |
| 3/16/2012 | JJR | Telephone conference with counsel for Plaintiff re: extension of time to respond to New York Complaint, and possible amended complaint adding Victoria Osteen, and related communications with Hank Fasthoff | 0.30<br>300.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/19/2012 | JJR | Review email from plaintiff's counsel; Telephone conference and email with Hank Fasthoff re: status and strategy; Prepare Stipulation extending time to respond to complaint; Review additional documents received from Hank Fasthoff | 0.80<br>300.00/hr | 240.00 |
| 3/20/2012 | JJR | Emails with client representatives and Hank Fasthoff re: strategy. | 0.30<br>300.00/hr | 90.00 |
| 3/22/2012 | JJR | Emails from and to Rich Garbarini, Hank Fasthoff and ▇▇▇▇▇▇ re: possible motion to amend to add Victoria Osteen. | 0.30<br>300.00/hr | 90.00 |
|  | JJR | Review parties' respective motion papers on fee application in Texas Action. | 0.50<br>300.00/hr | 150.00 |
| 3/23/2012 | BDC | Review client documents and correspondence. | 0.40<br>350.00/hr | 140.00 |
|  | JJR | Telephone conference with Hank Fasthoff; review cases cited by Hank re: Rule 41 and copyright standing issues, and update research re: Second Circuit law. | 1.30<br>300.00/hr | 390.00 |
| 3/26/2012 | JJR | Draft Pre-motion conference letter re: intended motion to dismiss, stay or transfer action, and related file review and additional legal research. | 2.20<br>300.00/hr | 660.00 |
| 3/28/2012 | BDC | Review and revise draft letter to Judge Vitaliano. | 0.40<br>350.00/hr | 140.00 |
|  | JW | Telephone call with E.D.N.Y. clerk; Prepare Notices of Appearance for B. Caplan and J. Ross. | 0.50<br>225.00/hr | 112.50 |
|  | JJR | Revise and edit pre-motion conference letter and related interoffice conference. | 0.40<br>300.00/hr | 120.00 |
| 3/29/2012 | BDC | Review and analysis of licensing agreement between Lakewood and Dittybase; review letter to Court. | 1.20<br>350.00/hr | 420.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2012 | JJR | Review Hank Fasthoff comments on pre-motion conference letter and related telephone conference with Hank Fasthoff. | 0.40<br>300.00/hr | 120.00 |
| 3/30/2012 | BDC | Review court submission; Attorney conference. | 0.50<br>350.00/hr | 175.00 |
|  | JW | File Notices of Appearance, 7.1 Statement, Stipulation and Pre-Motion Conference letter; Draft correspondence to Judge Vitaliano enclosing courtesy copies of same. | 0.60<br>225.00/hr | 135.00 |
|  | JJR | Finalize pre-motion conference letter and related attorney conference; Prepare Rule 7.1 Statement and related communications with client; Telephone conference with Plaintiff's counsel re: intended motion and opposition to motion to amend to add Victoria Osteen; Interoffice conference re filing of papers. | 1.20<br>300.00/hr | 360.00 |
| 3/31/2012 | JJR | Review response letter filed by plaintiff's counsel; email to Hank Fasthoff re: same. | 0.20<br>300.00/hr | 60.00 |
| 4/2/2012 | BDC | Attorney conference; Review letter to Judge by Plaintiffs. | 0.40<br>350.00/hr | 140.00 |
|  | JJR | Attorney conference re: response to new letter to Judge by Plaintiffs; email from Richard Garbarini; emails with Hank Fasthoff. | 0.30<br>300.00/hr | 90.00 |
| 4/3/2012 | JJR | Review letter from Plaintiff's counsel to Court re: Hearing in Texas, and related telephone conference and emails with Hank Fasthoff; Draft response letter. | 1.20<br>300.00/hr | 360.00 |
|  | BDC | Review new letter to Judge; Review draft responsive letter; Phone call with Hank Fasthoff. | 0.60<br>350.00/hr | 210.00 |
| 4/4/2012 | JJR | Review letter from Plaintiff's counsel to Court re: dismissal of action; review Notice of Dismissal; telephone conference and email with Hank Fasthoff; emails with client representatives re: same. | 0.40<br>300.00/hr | 120.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/2012 | JJR | Review parties' respective position letters submitted to the Texas Court. | 0.30<br>300.00/hr | 90.00 |
| 4/6/2012 | JJR | Review letter from Plaintiff's counsel to Court re: "withdrawal" of Dismissal notice; research re: Rule 41 voluntary dismissals and related emails with Hank Fasthoff. | 1.20<br>300.00/hr | 360.00 |
| 4/9/2012 | JJR | Draft response letter to Court and related communications with Hank Fasthoff. | 1.00<br>300.00/hr | 300.00 |
|  | JJR | Review transcript of 4/2/12 hearing in Texas. | 0.20<br>300.00/hr | 60.00 |
| 4/10/2012 | JJR | Emails with Hank Fasthoff re: status and strategy. | 0.20<br>300.00/hr | 60.00 |
| 4/20/2012 | JJR | Emails with Hank Fasthoff re: results of Hearing in Texas; Review Minute Entry in Texas Action. | 0.20<br>300.00/hr | 60.00 |
|  |  | **For professional services rendered** | **22.10** | **$6,837.50** |

Disbursements

| 3/31/2012 | Photocopies | 13.30 |
|---|---|---|
|  | Monthly Postage Charges | 0.44 |
|  | **Total additional charges** | **$13.74** |
|  | **Total amount of this bill** | **$6,851.24** |
|  | Balance due | $6,851.24 |