IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YESH MUSIC, RICHARD CUPOLO, INDIVIDUALLY, AND JOHN EMANUELE, INDIVIDUALLY, <br><br>**PLAINTIFFS,** <br><br>V. <br><br>LAKEWOOD CHURCH, JOEL OSTEEN, INDIVIDUALLY, and VICTORIA OSTEEN, INDIVIDUALLY, <br><br>**DEFENDANTS.** | **CASE NO. 4:11-CV-03095** |

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

**TO THE HONORABLE JUDGE KEITH P. ELLISON:**

The parties hereby file this Joint Stipulation of Dismissal with Prejudice. The parties shall bear their own attorney's fees and costs.

                                                    Respectfully submitted,

                                                    By:  /s/  Henry J. Fasthoff, IV
                                                            Henry "Hank" J. Fasthoff, IV
                                                            State Bar No. 24003510
                                                            Adams and Reese LLP
                                                            LyondellBasell Tower
                                                            1221 McKinney, Suite 4400
                                                            Houston, Texas 77010
                                                            713.651.5151 (voice)
                                                           713.651.5152 (fax)
                                                           hank.fasthoff@arlaw.com

                                                    **ATTORNEYS FOR DEFENDANTS**

By: /s/  Richard Garbarini
    Richard Garbarini
    GARBARINI FITZGERALD P.C.
    420 Lexington Avenue
    The Graybar Building
    Suite 2743
    New York, NY 10170
    212.300.5358 (voice)
    888.265.7054 (fax)
    rgarbarini@garbarinilaw.com

    **ATTORNEYS FOR PLAINTIFFS**